

| | Ira S. Nesenoff<br>Andrew T. Miltenberg<br>――――――――――<br>Stuart Bernstein<br>Tara J. Davis<br>Gabrielle M. Vinci | Barbara H. Trapasso<br>Adrienne D. Levy<br>Regina M. Federico<br>Suzanne Dooley<br>Amy Zamir<br>Kristen Mohr<br>Helen Setton | Philip A. Byler<br>Diana R. Warshow<br>Kara L. Gorycki<br>Susan E. Stark<br>Janine L. Peress<br>*Senior Litigation Counsel*<br><br>Marybeth Sydor<br>*Title IX Consultant* |
|---|---|---|---|

**ATTORNEYS AT LAW**
――――――――――
**nmllplaw.com**

March 3, 2023

<u>**VIA ECF**</u>
Honorable Paul A. Engelmayer
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    **John Doe v. Manhattan College, Case No. 1:23-cv-01791-PAE**

Dear Judge Engelmayer:

    The undersigned represents the Plaintiff in the above-referenced matter. The parties have reached an agreement in principle as to this action in its entirety, pending the exchange of an executed written agreement. In light of current settlement discussions, we request that the Court stay the deadlines in its March 2, 2023, Order (ECF No. 20) for two additional weeks to enable the parties to complete this settlement. We have discussed this with Defendant's counsel, who joins this request.

                                       Very truly yours,
                                       **NESENOFF & MILTENBERG, LLP**

                                       **By: <u>/s/ Andrew T. Miltenberg</u>**
                                       **Andrew T. Miltenberg, Esq.**
                                       **Stuart Bernstein, Esq.**
                                       **Kristen Mohr, Esq.**
                                       **Helen Setton, Esq.**

cc: All counsel of record, via ECF