UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------

JOHN DOE,

                Plaintiff,

-v-

MANHATTAN COLLEGE,

                Defendant.

23 Civ. 1791 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Late this afternoon, the Court received a letter from counsel for plaintiff John Doe, Dkt. 23, moving to withdraw his March 1, 2023 motion for emergency relief, Dkt. 5, and asking the Court to dissolve its March 2, 2023 order, Dkt. 20, which, *inter alia*, scheduled an in-person hearing on the application for emergency relief for March 7, 2023 at 2 p.m.

The Court grants Doe's motion to withdraw the motion for emergency relief. However, as to the March 2, 2023 order, the Court dissolves it only insofar as it set a briefing deadline with respect to the motion for emergency relief, and as it set a deadline for notification of Jane Roe as to the pending request for emergency relief. The March 7, 2023 in-person conference remains in place as scheduled. The conference will enable the Court to explore with counsel, *inter alia*, the issues to be tried in this litigation and an appropriate case-management schedule. In particular, insofar as the Court understands plaintiff to seek, among various forms of relief, the opportunity to timely receive his diploma in May 2023, counsel should be prepared to address the interplay between resolution of the claims in this case and the graduation date. Counsel are notified that the Court is contemplating setting, if necessary, a highly expedited schedule for discovery and trial that would enable resolution of plaintiff's claims before the graduation date.

As the March 2, 2023 order further provided, the Court will continue to permit Doe to proceed under a pseudonym in this matter, pending discussion at the March 7 conference of plaintiff's request for such relief.

The Clerk of Court is respectfully directed to terminate the pending motions at docket entries 5, 21, and 23.

SO ORDERED.

                                        *Paul A. Engelmayer*
                                      PAUL A. ENGELMAYER
                                      United States District Judge

Dated: March 3, 2023
       New York, New York