UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
**JOHN DOE,**

                            **Plaintiff,**                  Case No.: 1:23-cv-01791-PAE

   -against-

**MANHATTAN COLLEGE,**

                            **Defendant.**
------------------------------------------------------------X
_____

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**
_____

PLEASE TAKE NOTICE that Plaintiff John Doe ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action *without prejudice* as to Defendant Manhattan College ("Defendant").

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

**(a) Voluntary Dismissal.**

    **(1) By the Plaintiff.**

        (A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

            (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment

               \*        \*        \*

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Dated: March 7, 2023

        *Counsel for Plaintiff John Doe*

        **NESENOFF & MILTENBERG, LLP**

    **By:** */s/ Andrew T. Miltenberg*
        **Andrew T. Miltenberg, Esq.**
        **Stuart Bernstein, Esq.**
        **Helen Setton, Esq.**
        **Kristen Mohr, Esq.**
        **363 Seventh Avenue, Fifth Floor**
        **New York, New York 10001**
        **Tel: 212.736.4500**
        **amiltenberg@nmllplaw.com**
        **sbernstein@nmllplaw.com**
        **hsetton@nmllplaw.com**
        **kmohr@nmllplaw.com**

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that I will serve an electronic copy of same via electronic mail to General Counsel named above and that paper copies of the foregoing will be served with Plaintiff's Rule 4 service of the complaint and summons on all Defendants.

*/s/ Andrew T. Miltenberg*
Andrew T. Miltenberg