UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN DOE,

                       Plaintiff,

  -against-

MANHATTAN COLLEGE,

                      Defendant.
------------------------------------------------------------X

Case No.: 1:23-cv-01791-PAE

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

PLEASE TAKE NOTICE that Plaintiff John Doe ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action *without prejudice* as to Defendant Manhattan College ("Defendant").

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

**(a) Voluntary Dismissal.**

    **(1) By the Plaintiff.**

        (A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

            (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment

               \*      \*      \*

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

1

Dated: March 7, 2023

*Counsel for Plaintiff John Doe*

**NESENOFF & MILTENBERG, LLP**

By: /s/ *Andrew T. Miltenberg*

Andrew T. Miltenberg, Esq.
Stuart Bernstein, Esq.
Helen Setton, Esq.
Kristen Mohr, Esq.
363 Seventh Avenue, Fifth Floor
New York, New York 10001
Tel: 212.736.4500
amiltenberg@nmllplaw.com
sbernstein@nmllplaw.com
hsetton@nmllplaw.com
kmohr@nmllplaw.com

In light of plaintiff's voluntary dismissal, the Court adjourns today's initial pretrial conference. SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
March 7, 2023

2